TS:PEN:ljm
F.2006R00508
7B.MOTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

LEONID ROYTMAN

        Defendant.

- - - - - - - - - - - - - - - - - - X

**CR   06    594**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 05 2006   ★

BROOKLYN OFFICE

Cr. No. _____

**COGAN, J**

**GO, M**

    PLEASE TAKE NOTICE that the undersigned will move this Court for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b), Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
      September  5 , 2006

                               ROSLYNN R. MAUSKOPF
                               United States Attorney
                               147 Pierrepont Plaza
                               Brooklyn, New York 11201

           By:    _____
                               PATRICIA E. NOTOPOULOS
                               Assistant U.S. Attorney

CR 06 594

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N Y

★  SEP 05 2006  ★

BROOKLYN OFFICE

COGAN, J.

1.  Title of Case:  United States v. _Leonid Roytman_

2.  Related Magistrate Docket Number(s)_____

    None (  )

    GO, M.J

3.  Arrest Date: ____3/24/06____

4.  Nature of Offense(s):  _✓_ Felony
                           ____ Misdemeanor

5.  Related Civil or Criminal Cases – Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

    _____

    None (  )

6.  Projected Length of Trial:     Less than 6 weeks     (✓)
                                    More than 6 weeks     (  )

7.  County in which crime was allegedly committed: ____KINGS____

    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment been ordered sealed?     (  ) Yes     (✓) No

9.  Have arrest warrants been ordered?           (  ) Yes     (✓) No

10. Is a capital count included in the indictment?  (  ) Yes     (✓) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
    Patricia E. Notopoulos
    Assistant U.S. Attorney
    (718) 254-6354

Rev.
10/01/03